UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN STEPHENSON, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION NO. 11-CV-564-CVE-PJC |
| Vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GAME SHOW NETWORK, LLC AND WORLDWINNER.COM, INC., | ) ) ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 41 (a)(1)(A)(i) FED. R. CIV. P.**

COMES NOW the Plaintiff and pursuant to Rule 41(a)(1)(A)(i) Fed. R. Civ. P. does hereby give notice of its dismissal of this action without prejudice. This notice has been issued and filed before any opposing party has served an answer in this case and there is no motion for summary judgment pending in this case.

Respectfully submitted,

/s/ Steven M. Harris
Steven M. Harris, OBA #3913
DOYLE, HARRIS, DAVIS & HAUGHEY
1350 S. Boulder, International Building,
Suite 700,
Tulsa OK, 74119
(918) 592-1276
steve.harris@1926blaw.com

Daniel W. McDonald, MN Bar #168580
William D. Schultz, MN Bar # 323482
Christopher C. Davis, WI Bar #1064764
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
dmcdonald@merchantgould.com
wschultz@merchantgould.com
cdavis@merchantgould.com
Attorneys for John Stephenson

1164-6.notice of dismissal:lj